UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ABRAHAM GIBAU | : | |
| | : | |
| v. | : | C.A. No. 23-00117-LDA |
| | : | |
| KILOLO KIJAKAZI, Commissioner<br>Social Security Administration | : | |

**MEMORANDUM AND ORDER**

Plaintiff filed this <u>pro se</u> Social Security disability appeal on March 23, 2023. (ECF No. 1). On April 7, 2023, Chief Judge McConnell, in accordance with LR Gen. 105(a)(4) and upon consent of the parties, referred this case to the undersigned to conduct all proceedings and ultimately enter Final Judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73(c). (ECF No. 9). Pursuant to that directive, the Commissioner was Ordered to file the Administrative Record and did so on May 31, 2023. (ECF No. 11). At that time, a Scheduling Order was issued requiring Plaintiff to file his motion to reverse the Commissioner's administrative decision by June 30, 2023. (ECF No. 13). To date, no such motion, or a motion to extend the June 30, 2023 filing deadline, has been filed by Plaintiff. Accordingly, based on Plaintiff's noncompliance with the Court's Scheduling Order and his failure to prosecute this administrative appeal in a timely fashion, the Court hereby DISMISSES this case without prejudice, and the Clerk is directed to enter Final Judgment accordingly.

SO ORDERED

/s/   Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
July 18, 2023