UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ABRAHAM GIBAU | : |
| | : |
| v. | : C.A. No. 23-00117-LDA |
| | : |
| KILOLO KIJAKAZI, Commissioner<br>Social Security Administration | : |

## JUDGMENT

It is now hereby ordered, adjudged, and decreed, Pursuant to the Court's Memorandum and Order dated July 18, 2023, judgment is hereby entered DISMISSING this case WITHOUT PREJUDICE.

It is so Ordered.

July 18, 2023

By the Court:

/s/Hanorah Tyer-Witek
Clerk of Court